ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC.
AND LVDG, LLC [SERIES 114]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 114; ALESSI & KOENIG LLC; THUNDER PROPERTIES, INC., <br><br> Defendants. | Case No. 3:16-cv-00655-RCJ-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, BANK OF AMERICA, N.A., and Defendants, LVDG, LLC [SERIES 114] and THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On April 16, 2018, Plaintiff filed a Second Motion for Summary Judgment herein [ECF #50]. A Response was due on May 7, 2018.

2. A hearing related to the subject Motion has been scheduled to take place on July 10, 2018. [ECF #52].

3. Defendants' counsel's office recently underwent staffing changes which resulted in a unintentional failure to properly calendar the due date for the response to the

subject Motion. Defendants' counsel respectfully submits that such failure constitutes excusable error.

4. Moreover, Defendants' counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Second Motion for Summary Judgment which detracted from the time available prepare a response.

5. Defendants filed a Response to the Second Motion for Summary Judgment on June 1, 2018. [ECF #55].

6. Based upon the foregoing, Defendants have requested and shall be granted an extension of time *nunc pro tunc* until June 1, 2018, in which to respond to the Plaintiff's Second Motion for Summary Judgment.

7. Plaintiff shall have until June 25, 2018, in which to file any Reply.

8. The requested extensions of time will not affect the hearing that is scheduled to take place on July 10, 2018.

9. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___1st___ day of June, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Defendants* <br> *LVDG, LLC [Series 114] and* <br> *Thunder Properties, Inc.* | /s/ *Scott R. Lachman* <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> Telephone: (702) 634-5000 <br> scott.lachman@akerman.com <br> *Attorney for Plaintiff* <br> *Bank of America, N.A.* |

**IT IS SO ORDERED.**

By: ___[signature]___
Judge, U.S. District Court

Dated: ___June 18, 2018.___