ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>  Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 114; ALESSI & KOENIG LLC; THUNDER PROPERTIES, INC.,<br><br>  Defendants. | Case No.: 3:16-cv-00655-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF HIGHLAND RANCH HOMEOWNERS ASSOCIATION WITH PREJUDICE** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

45806439;1

*Bank of America, N.A. v. Highland Ranch Homeowners Association, et al.*
Case No.: 3:16-cv-00655-RCJ-VPC

## STIPULATION AND ORDER FOR DISMISSAL OF HIGHLAND RANCH HOMEOWNERS ASSOCIATION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bank of America, N.A, and defendants Highland Ranch Homeowners Association, LVDG LLC Series 114 and Thunder Properties, Inc. stipulate to the dismissal of Highland Ranch Homeowners Association with prejudice. Each party to bear their own fees and costs. This stipulation does affect the other pending claims in this matter.

| AKERMAN LLP | KERN & ASSOCIATES, LTD |
|---|---|
| /s/ Scott R. Lachman<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Bank of America, N.A.* | /s/ Karen M. Ayarbe<br>GAYLE A. KERN, ESQ.<br>Nevada Bar No. 1620<br>KAREN M. AYARBE, ESQ.<br>Nevada Bar No. 3358<br>5421 Kietzke Lane, Ste. 200<br>Reno, Nevada 89511<br><br>*Attorneys for Highland Ranch Homeowners Association* |
| ROGER P. CROTEAU & ASSOCIATES, LTD.<br><br>/s/ Timothy E. Rhoda<br>ROGER P. CROUTEAU, ESQ.<br>Nevada Bar No. 958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Ste. 100<br>Las Vegas, NV 89148<br>*Attorneys for LVDG LLC Series 114 and Thunder Properties, Inc.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 24, 2018

45806439;1