ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HIGHLAND RANCH HOMEOWNERS ASSOCIATION; LVDG LLC SERIES 114; ALESSI & KOENIG LLC; THUNDER PROPERTIES, INC., <br><br> Defendants. | Case No.: 3:16-cv-00655-RCJ-CBC <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bank of America, N.A, and defendants LVDG LLC Series 114 and Thunder Properties, Inc., by and through their respective counsel of record, and pursuant to a settlement agreement between the parties, hereby stipulate and agree to dismiss all claims pending in this action by and against one another with prejudice, with each party to bear its own fees and costs. The claims against Highland Ranch Homeowners Association were previously dismissed by way of stipulation approved on July 24, 2018. ECF No. 61. Thus, all claims alleged in this action having been resolved, this matter may be closed.

. . .

. . .

1

45762002;1
46331740;1

Case No.: 3:16-cv-00655-RCJ-CBC
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| /s/ Scott R. Lachman | /s/ Timothy R. Rhoda |
| ARIEL E. STERN, ESQ. | ROGER P. CROUTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 958 |
| SCOTT R. LACHMAN, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Ste. 100 |
| Las Vegas, Nevada 89134 | Las Vegas, NV 89148 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for LVDG LLC Series 114 and Thunder Properties, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 09-12-2018

2

45762002;1
46331740;1